# Exhibit 1

Webatory Services Agreement                                            04/05/12

## SERVICES AGREEMENT

This is an agreement between Webatory Inc. ("Developer") and Miller Mendel, Inc. ("Client") with an effective date of April 5, 2012.

**Services.**
The services to be provided by Developer are consulting, web application support, and application maintenance. Developer agrees to perform the services described in the project assignment description pursuant hereto in a workmanlike manner.

**Payment for Services.**
Customer shall pay Developer the rates set forth in the Developer's 2012 Billing Rates (See Exhibit A) for the performance of the Services, together with reimbursement for any of Developer's direct costs. Developer will have client pre-approve any direct costs in excess of $100.00.

**Payment Terms.**
Services will be billed on a bi-monthly basis and sent to an email address designated by Client, and charged to the Client's account, subject to the terms thereof. Any outstanding balance is subject to 1.5% monthly interest (18% APR), compounded monthly.

**Content Ownership.**
The Client will be granted all rights to information and work completed under this agreement, free and clear.

**Warranty.**
Developer is not responsible for any indirect consequential or incidental damages suffered by Client including but not limited to loss of data, delays, or missed or non-deliveries.

Client:                                            Webatory, Inc.
Miller Mendel, Inc.                                a Oregon corporation
a Washington corporation

By: *[signature: Tyler J. Miller]*                 By: _____
Name:  Tyler Miller                                Name:  Bryson Lafferty
Title:  Founder & CEO                              Title:  CEO

Webatory Services Agreement                                                      04/05/12

## 2012 Webatory Billing Rates – Exhibit A

Billing rates for support, consulting, and maintenance are based on a contractual monthly commitment to hours.

| Monthly Hours | Rate |
| --- | --- |
| Non-Contract | $85.00/hr |
| 10 Hours per Month | $75.00/hr |
| 20 Hours per Month | $65.00/hr |
| 40 Hours per Month | $55.00/hr |
| 80 Hours per Month | $45.00/hr |

# Exhibit 2



PO BOX 28132
Portland, OR 97228

# Statement

| Date |
|---|
| 1/15/2016 |

To:

Miller Mendel, Inc.
1425 Broadway #430
Seattle, WA 98122

| Amount Due | Amount Enc. |
|---|---|
| $109,848.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/2014 | INV #11254. Due 12/31/2014. Orig. Amount $9,847.50. | 9,044.05 | 9,044.05 |
| 12/31/2014 | INV #FC 117. Due 12/31/2014. Orig. Amount $920.25. Finance Charge | 920.25 | 9,964.30 |
| 01/31/2015 | INV #FC 118. Due 01/31/2015. Orig. Amount $977.86. Finance Charge | 977.86 | 10,942.16 |
| 02/28/2015 | INV #11256. Due 02/28/2015. Orig. Amount $16,136.25. | 16,136.25 | 27,078.41 |
| 02/28/2015 | INV #FC 119. Due 02/28/2015. Orig. Amount $800.08. Finance Charge | 800.08 | 27,878.49 |
| 03/31/2015 | INV #11257. Due 03/31/2015. Orig. Amount $10,058.75. | 10,058.75 | 37,937.24 |
| 03/31/2015 | INV #FC 120. Due 03/31/2015. Orig. Amount $1,037.71. Finance Charge | 1,037.71 | 38,974.95 |
| 04/30/2015 | INV #11258. Due 04/30/2015. Orig. Amount $9,782.50. | 9,782.50 | 48,757.45 |
| 04/30/2015 | INV #FC 121. Due 04/30/2015. Orig. Amount $1,064.83. Finance Charge | 1,064.83 | 49,822.28 |
| 05/30/2015 | INV #11259. Due 05/30/2015. Orig. Amount $9,945.00. | 9,945.00 | 59,767.28 |
| 05/31/2015 | INV #FC 122. Due 05/31/2015. Orig. Amount $1,194.61. Finance Charge | 1,194.61 | 60,961.89 |
| 06/30/2015 | INV #11260. Due 06/30/2015. Orig. Amount $10,448.75. | 10,448.75 | 71,410.64 |
| 06/30/2015 | INV #FC 123. Due 06/30/2015. Orig. Amount $1,212.57. Finance Charge | 1,212.57 | 72,623.21 |
| 07/31/2015 | INV #FC 124. Due 07/31/2015. Orig. Amount $1,217.26. Finance Charge | 1,217.26 | 73,840.47 |
| 07/31/2015 | INV #11261. Due 07/31/2015. Orig. Amount $8,758.75. | 8,758.75 | 82,599.22 |
| 08/31/2015 | INV #FC 125. Due 08/31/2015. Orig. Amount $1,262.75. Finance Charge | 1,262.75 | 83,861.97 |
| 08/31/2015 | INV #11262. Due 08/31/2015. Orig. Amount $10,513.75. | 10,513.75 | 94,375.72 |
| 09/30/2015 | INV #11263. Due 09/30/2015. Orig. Amount $9,239.75. | 9,239.75 | 103,615.47 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 1,654.03 | 1,577.34 | 1,605.38 | 105,011.70 | $109,848.45 |

A financing charge of 1.5% per month (18% APR) will
be applied to any unpaid invoices.

Page 1



PO BOX 28132
Portland, OR 97228

# Statement

| Date |
|---|
| 1/15/2016 |

| To: |
|---|
| Miller Mendel, Inc.<br>1425 Broadway #430<br>Seattle, WA 98122 |

| Amount Due | Amount Enc. |
|---|---|
| $109,848.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/30/2015 | INV #FC 126. Due 09/30/2015. Orig. Amount $1,396.23. Finance Charge | 1,396.23 | 105,011.70 |
| 10/31/2015 | INV #FC 127. Due 10/31/2015. Orig. Amount $1,605.38. Finance Charge | 1,605.38 | 106,617.08 |
| 11/30/2015 | INV #FC 128. Due 11/30/2015. Orig. Amount $1,577.34. Finance Charge | 1,577.34 | 108,194.42 |
| 12/31/2015 | INV #FC 129. Due 12/31/2015. Orig. Amount $1,654.03. Finance Charge | 1,654.03 | 109,848.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 1,654.03 | 1,577.34 | 1,605.38 | 105,011.70 | $109,848.45 |

A financing charge of 1.5% per month (18% APR) will
be applied to any unpaid invoices.